

# Fourth Court of Appeals
## San Antonio, Texas

February 15, 2018

No. 04-17-00133-CR

Jose Mario **TREVINO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 49th Judicial District Court, Webb County, Texas
Trial Court No. 2015CRS001588D1
Honorable Elma T. Salinas Ender, Judge Presiding

# O R D E R

Appellant's fourth motion for extension of time to file the appellant's brief is granted. We order appellant's counsel, Javier Montemayor, Jr., to file the appellant's brief by February 16, 2018. Counsel is advised that no further extensions of time will be granted absent a timely motion that (1) demonstrates extraordinary circumstances justifying further delay, (2) advises the court of the efforts counsel has expended in preparing the brief, and (3) provides the court reasonable assurance that the brief will be completed and filed by the requested extended deadline. The court does not generally consider a heavy work schedule to be an extraordinary circumstance.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 15th day of February, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court